B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kolcan, Jerzy** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Borecka-Kolcan, Wioletta** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Violetta Kolcan; AKA Wioletta Kolcan; AKA Wioletta Bawolska** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2131** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4038** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1111 S. Waukegan Rd.**<br>**Apt. 15**<br>**Lake Forest, IL**　　　ZIP Code **60045** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1111 S. Waukegan Rd.**<br>**Apt. 15**<br>**Lake Forest, IL**　　　ZIP Code **60045** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kolcan, Jerzy** <br> **Borecka-Kolcan, Wioletta** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **Northern District of Illinois** | Case Number: <br> **11-11217** | Date Filed: <br> **5/02/08** |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  <b>/s/ Alex Pirogovsky</b>                    <b>April 29, 2013</b><br>   Signature of Attorney for Debtor(s)                    (Date)<br>   <b>Alex Pirogovsky 6256978</b></td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br><br>     _____<br>     (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kolcan, Jerzy**<br>**Borecka-Kolcan, Wioletta** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jerzy Kolcan**
Signature of Debtor **Jerzy Kolcan**

X **/s/ Wioletta Borecka-Kolcan**
Signature of Joint Debtor **Wioletta Borecka-Kolcan**

Telephone Number (If not represented by attorney)

**April 29, 2013**
Date

### Signature of Attorney*

X **/s/ Alex Pirogovsky**
Signature of Attorney for Debtor(s)

**Alex Pirogovsky 6256978**
Printed Name of Attorney for Debtor(s)

**Pirogovsky Fremderman, Ltd.**
Firm Name

**3000 Dundee Road**
**Suite 318**
**Northbrook, IL 60062**
Address

**Email: alex@pflaw1.com**
**(847) 465-9800  Fax: (847) 580-4951**
Telephone Number

**April 29, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jerzy Kolcan**
**Wioletta Borecka-Kolcan**

Case No.

Chapter   **7**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jerzy Kolcan**
                               **Jerzy Kolcan**

Date:     **April 29, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jerzy Kolcan**
**Wioletta Borecka-Kolcan**

Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Wioletta Borecka-Kolcan**

**Wioletta Borecka-Kolcan**

Date:  **April 29, 2013**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jerzy Kolcan,**
            **Wioletta Borecka-Kolcan**

                                                   Debtors

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 25,667.27 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,694.08 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 791,852.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,900.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,767.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 25,667.27 | | |
| Total Liabilities | | | | 806,546.68 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jerzy Kolcan,**
        **Wioletta Borecka-Kolcan**

                                       Debtors

Case No. _____

Chapter            **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,900.00 |
| Average Expenses (from Schedule J, Line 18) | 4,767.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,217.31 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,860.89 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 791,852.60 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 793,713.49 |

B6A (Official Form 6A) (12/07)

In re    **Jerzy Kolcan,**                                                          Case No. _____
         **Wioletta Borecka-Kolcan**
_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Jerzy Kolcan,**                                                      Case No. _____
       **Wioletta Borecka-Kolcan**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC Checking Wife Business Account** | **W** | **67.27** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord** | **J** | **2,000.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Typical used household goods and furnishings (tables, chairs, beds, tv, stereo, computer, Playstation, dresser)** | **J** | **1,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Typical used necessary wearing apparel** | **J** | **500.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Three pistols; one rifle** | **H** | **800.00** |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **4,367.27**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jerzy Kolcan,**                                                      Case No. _____
     **Wioletta Borecka-Kolcan**
_____ ,
                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Shareholder in Ancient Healing Oriental Medicine Clinic S.C.** | **W** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Worker's Comp claim against Universal HDD** | **H** | **Unknown** |
| | | **Possible personal injury claim against Universal HDD** | **H** | **Unknown** |
| | | Sub-Total >  (Total of this page) | | **0.00** |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jerzy Kolcan,**                               Case No. _____
             **Wioletta Borecka-Kolcan**

                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Licensed Acupuncturist** | W | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Lincoln Navigator, 120000 miles** | W | 2,500.00 |
| | | **2004 Lincoln Town Car, 73,000 miles** | H | 5,800.00 |
| | | **2006 Chevrolet Monte Carlo 120,000 miles** | H | 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Therapeutic Laser** | W | 7,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **3 Cats** | W | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 21,300.00 |
| (Total of this page) | |
| Total > | 25,667.27 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Jerzy Kolcan,**
**Wioletta Borecka-Kolcan**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **PNC Checking** | 735 ILCS 5/12-1001(b) | 100% | 67.27 |
| **Wife Business Account** | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposit with Landlord** | 735 ILCS 5/12-1001(b) | 100% | 2,000.00 |
| **Household Goods and Furnishings** | | | |
| **Typical used household goods and furnishings (tables, chairs, beds, tv, stereo, computer, Playstation, dresser)** | 735 ILCS 5/12-1001(b) | 100% | 1,000.00 |
| **Wearing Apparel** | | | |
| **Typical used necessary wearing apparel** | 735 ILCS 5/12-1001(a) | 100% | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Three pistols; one rifle** | 735 ILCS 5/12-1001(b) | 100% | 800.00 |
| **Stock and Interests in Businesses** | | | |
| **100% Shareholder in Ancient Healing Oriental Medicine Clinic S.C.** | 735 ILCS 5/12-1001(b) | 100% | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Worker's Comp claim against Universal HDD** | 820 ILCS 305/21 | 100% | Unknown |
| **Possible personal injury claim against Universal HDD** | 735 ILCS 5/12-1001(h)(4) | 15,000.00 | Unknown |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| **Licensed Acupuncturist** | 735 ILCS 5/12-1001(b) | 100% | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Lincoln Navigator, 120000 miles** | 735 ILCS 5/12-1001(c) | 2,400.00 | 2,500.00 |
| **2004 Lincoln Town Car, 73,000 miles** | 735 ILCS 5/12-1001(c) | 2,400.00 | 5,800.00 |
| **2006 Chevrolet Monte Carlo 120,000 miles** | 735 ILCS 5/12-1001(b) | 1,700.00 | 6,000.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Therapeutic Laser** | 735 ILCS 5/12-1001(d) 735 ILCS 5/12-1001(b) | 1,500.00 2,432.73 | 7,000.00 |
| **Animals** | | | |
| **3 Cats** | 735 ILCS 5/12-1001(b) | 100% | 0.00 |
| | Total: | 29,800.00 | 25,667.27 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Jerzy Kolcan,**
        **Wioletta Borecka-Kolcan**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**2001 Boutique and Sales**<br>**2301 Oakton St.**<br>**Arlington Heights, IL 60005** | | W | **Purchase Money Security**<br><br>**2000 Lincoln Navigator, 120000 miles**<br><br>Value $              2,500.00 | | | | 1,033.19 | 0.00 |
| Account No.<br><br>**2001 Boutique and Sales**<br>**2301 Oakton St.**<br>**Arlington Heights, IL 60005** | | J | **Purchase Money Security**<br><br>**2006 Chevrolet Monte Carlo**<br>**120,000 miles**<br><br>Value $              6,000.00 | | | | 7,660.89 | 1,660.89 |
| Account No. xxxx1249<br><br>**Credit Acceptance**<br>**Po Box 513**<br>**Southfield, MI 48037** | | H | **2004 Lincoln Town Car, 73,000 miles**<br><br>Value $              5,800.00 | | | | 6,000.00 | 200.00 |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

|  |  |  |  |
|---|---|---|---|
| **0**  continuation sheets attached | | Subtotal<br>(Total of this page) | 14,694.08 | 1,860.89 |
| | | Total<br>(Report on Summary of Schedules) | 14,694.08 | 1,860.89 |

B6E (Official Form 6E) (4/13)

.

In re  **Jerzy Kolcan,**                                                    Case No. _____
       **Wioletta Borecka-Kolcan**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Jerzy Kolcan,**                                                    Case No. _____
         **Wioletta Borecka-Kolcan**
                                                                                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**36.6°C**<br>**8841 McVicker Ave**<br>**Morton Grove, IL 60053** | X | J | | | | | **400.00** |
| Account No. xxxxxx98N1<br><br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | | H | Opened  7/31/11<br>Collection Us Cellular / Chicago | | | | **1,144.00** |
| Account No.<br><br>**Adam Jordan DDS**<br>**c/o Leonard Abrams, Esq.**<br>**180 W. Washington St., Ste. 910**<br>**Chicago, IL 60602** | | W | | | | | **2,860.92** |
| Account No. xxxxxx9771<br><br>**Allied Interstate LLC**<br>**PO Box 4000**<br>**Warrenton, VA 20188** | | W | Collection for Fifth Third Bank | | | | **2,037.13** |

|  | Subtotal<br>(Total of this page) | **6,442.05** |
|---|---|---|

__28__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
      **Wioletta Borecka-Kolcan**
                                 ,
                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3713**<br><br>**American Accounts & Advisers, Inc.**<br>**7460 80th St. S.**<br>**Cottage Grove, MN 55016** | | W | **Collection for US Bank** | | | | 656.79 |
| Account No.<br><br>**Anna Maria Stobienia-Furman**<br>**805 Woodlawn St.**<br>**Hoffman Estates, IL 60168** | | H | **Business Loan for World Green Pharma** | | | | 800.00 |
| Account No. **xxxx9979**<br><br>**Arnold Scott Harris, P.C.**<br>**222 Merchandise Mart Plaza**<br>**Ste. 1932**<br>**Chicago, IL 60654** | | J | **Opened 12/01/10**<br>**04 Illinois Tollway Authority** | | | | 637.00 |
| Account No. **xxxx7639**<br><br>**Arnold Scott Harris, P.C.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1932**<br>**Chicago, IL 60654** | | J | **Opened  6/01/10**<br>**04 Illinois Tollway Authority** | | | | 283.00 |
| Account No. **12TR9618**<br><br>**Arnold Scott Harris, P.C.**<br>**111 W. Jackson Blvd.**<br>**Ste. 600**<br>**Chicago, IL 60604** | | W | **Collection for Lake County Circuit Court - Speeding ticket** | | | | 182.00 |

Sheet no. __1___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,558.79

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerzy Kolcan,**
       **Wioletta Borecka-Kolcan**
_____,
                                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6145**<br><br>**Arnold Scott Harris, P.C.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1932**<br>**Chicago, IL 60654** | | W | **Red Light Violation - City of Chicago** | | | | 326.96 |
| Account No. **xxxxxxx4386**<br><br>**Asset Acceptance Llc**<br>**P.O. Box 1630**<br>**Warren, MI 48090** | | W | **Opened 8/19/10**<br>**Factoring Company Account Beneficial** | | | | 8,131.00 |
| Account No. **xxxxx1745**<br><br>**Asset Acceptance Llc**<br>**P.O. Box 1630**<br>**Warren, MI 48090** | | H | **Opened 1/17/11**<br>**Factoring Company Account Citibank South Dakota** | | | | 3,210.00 |
| Account No. **xxxx6488**<br><br>**Asset Acceptance Llc**<br>**P.O Box 1630**<br>**Warren, MI 48090** | | H | **Opened 7/29/10**<br>**Factoring Company Account Citg Consumer / Citibank** | | | | 548.00 |
| Account No. **xxx9571**<br><br>**Avante**<br>**2950 S Gessner Suite 265**<br>**Houston, TX 77063** | | W | **Opened 1/01/11**<br>**01 Ballys Total Fitness** | | | | 409.00 |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,624.96

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
    **Wioletta Borecka-Kolcan**                                  Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx9817** <br><br> **Avenue Advertising** <br> **c/o Gilbert A. Moret, Esq.** <br> **5430 E. Beverly Blvd., Ste. 250** <br> **Los Angeles, CA 90022-2299** | X | W | | | | | 1,750.93 |
| Account No. <br><br> **Behavioral Services Center** <br> **8707 Skokie Blvd.** <br> **Suite 207** <br> **Skokie, IL 60077** | | W | | | | | 77.00 |
| Account No. **xxx4028** <br><br> **Blatt, Hasenmiller, Leibsker, Moore** <br> **125 S. Wacker Dr.** <br> **Ste. 400** <br> **Chicago, IL 60606-4440** | | H | Collection for LVNV Funding/Visa Card | | | | 1,434.83 |
| Account No. **xxx9520** <br><br> **Blatt, Hasenmiller, Leibsker, Moore** <br> **125 S. Wacker Dr.** <br> **Ste. 400** <br> **Chicago, IL 60606-4440** | | H | Collection for Capital One Bank | | | | 2,182.13 |
| Account No. **xxxxxx1845** <br><br> **Brennan & Clark Ltd.** <br> **721 E. Madison** <br> **Suite 200** <br> **Villa Park, IL 60181** | X | H | Collection for Erie Insurance Co. | | | | 236.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,680.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
       **Wioletta Borecka-Kolcan**                                                          Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **C2C Resources, LLC 56 Premier Center East Atlanta, GA 30346** | | W | Collection for Russian Media Group/SVET | | | | 1,125.00 |
| Account No. **xxxxxxxx7213**  **Cap One P.O Box 85520 Richmond, VA 23285** | | H | Opened  8/12/06 Credit Card | | | | 2,392.00 |
| Account No. **xxxxxxxxx5172**  **Capital Management Services, LP 726 Exchange St. Ste. 700 Buffalo, NY 14210** | | W | Collection for PNC Bank | | | | 552.95 |
| Account No. **xx9817**  **Cartvertising 1445 Langham Creek Drive Houston, TX 77084** | X | W | | | | | 1,150.00 |
| Account No. **xxxxxx5409**  **Cci P.O. Box 212609 Suite 110 Augusta, GA 30917** | | W | Opened  3/01/12 10 North Shore Gas Co 26667 | | | | 164.00 |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **5,383.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**
        **Wioletta Borecka-Kolcan**                                                    Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Central Newspaper** PO Box 1221 Elmhurst, IL 60126-1221 | X | W | | | | | 315.45 |
| Account No. **xxxxx8810** **Certegy Payment Recovery Services** 3500 5th St. Northport, AL 35476 | X | W | Collection for The Home Depot | | | | 164.11 |
| Account No. **xx5763** **Certified Service** 1733 Washington St. Ste. 201 Waukegan, IL 60079 | | W | Collection for Flips Gymnastics | | | | 360.00 |
| Account No. **xxxx7415** **Chase** 10790 Rancho Bernardo Rd San Diego, CA 92127 | | W | Opened 12/21/05 Mortgage Deficiency | | | | 350,615.00 |
| Account No. **xxxxxxx0811** **Chase-Bp** P.O. Box 15298 Wilmington, DE 19850 | | H | Opened 8/23/03 Charge Account | | | | 350.00 |

Sheet no. __5__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **351,804.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**                                                    Case No. _____
         **Wioletta Borecka-Kolcan**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5768**<br><br>**Citgo/Cbna**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | J | Opened 8/22/03<br>Credit Card | | | | 434.00 |
| Account No. **xxxx-xxxx-xxxx-3571**<br><br>**Citi Cards / Shell**<br>**Processing Center**<br>**Des Moines, IA 50363** | | H | | | | | 2,107.49 |
| Account No. **x2843**<br><br>**Citi-Bp Oil**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | J | Opened 8/23/03<br>Credit Card | | | | Unknown |
| Account No. **xxx9792**<br><br>**Citygrid Media**<br>**PO Box 2929**<br>**Camarillo, CA 93011-2929** | X | W | | | | | 2,039.00 |
| Account No. **xxxxxxx-xxxxergy**<br><br>**Coface Collections North America**<br>**PO Box 8510**<br>**Metairie, LA 70011-8510** | X | W | Collection for Centergy | | | | 126.67 |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,707.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**
        **Wioletta Borecka-Kolcan**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0019** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197-6111** | | W | | | | | 2,244.69 |
| Account No. **xxxx101-1** <br><br> **Commercial Check Control** <br> **7250 Beverly Blvd.** <br> **Ste. 200** <br> **Los Angeles, CA 90036-2560** | X | W | Collection for Jewel/Osco | | | | 172.73 |
| Account No. **x6688** <br><br> **Consolidated Path Consultants** <br> **75 Remittance Dr.** <br> **Ste. 1895** <br> **Chicago, IL 60675-1895** | | H | | | | | 129.00 |
| Account No. **xxxxxxxx3001** <br><br> **Costco Wholesale** <br> **25901 Riverwoods Rd.** <br> **Mettawa, IL 60045** | | W | | | | | 1,059.30 |
| Account No. **xxxxx2769** <br><br> **Cpu/Cbna** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | J | Opened  8/21/03 <br> Credit Card | | | | 197.00 |

Sheet no. __7___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,802.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**
        **Wioletta Borecka-Kolcan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx3160 <br><br> **Credit Management, LP** <br> **4200 International Parkway** <br> **Carrollton, TX 75007-1912** | | H | **Collection for Comcast** | | | | 739.30 |
| Account No. xxx2664 <br><br> **Credmgmtcntl** <br> **2707 Rapids Dr Pob 4030** <br> **Racine, WI 53404** | | W | **Opened 10/01/11** <br> **City Of Highland Park** | | | | 131.00 |
| Account No. xxxxx86-08 <br><br> **CrossCheck, Inc.** <br> **PO Box 6008** <br> **Petaluma, CA 94955-6008** | X | W | **NSF Check** | | | | 25.00 |
| Account No. xxxxx56-L3 <br><br> **CrossCheck, Inc.** <br> **PO Box 6008** <br> **Petaluma, CA 94955-6008** | | H | **Collection for Banfield Pet Hospital** | | | | 89.56 |
| Account No. <br><br> **Danuta Malus** | | H | **Personal Loan** | | | | 1,750.00 |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,734.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**
       **Wioletta Borecka-Kolcan**                                 Case No. _____

                                                    ,    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9307** | | | | | | | |
| **Dex One** **Client Care** **1615 Bluff City Highway** **Bristol, TN 37620** | | W | | | | | 2,975.34 |
| Account No. **xxxx3641** | | | Collection for AT&T | | | | |
| **Diversified Adjustment Service, Inc** **600 Coon Rapids Blvd.** **Coon Rapids, MN 55433** | X | H | | | | | 913.36 |
| Account No. **xxx5353** | | | | | | | |
| **DM Luxury** **Pucin, Friedland & Lestak, P.C.** **21210 Erwin St., Ste. A** **Woodland Hills, CA 91367** | | W | | | | | 14,669.74 |
| Account No. **6479** | | | Polskie Radio | | | | |
| **Don Mar Service Corp.** **500 W. Palatine Rd.** **Ste. 105** **Wheeling, IL 60090-9964** | X | W | | | | | 760.00 |
| Account No. | | | Medical | | | | |
| **Drs. G. Frank & M. Milejczyk** **15 Tower Ct.** **Ste. 255** **Gurnee, IL 60031-3336** | | H | | | | | 555.00 |

Sheet no. __**9**__ of __**28**__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)       **19,873.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**
         **Wioletta Borecka-Kolcan**                                     Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx0565 | | | | Collection for Citibank | | | | |
| eCast Settlement Corp c/o Bass & Associates Suite 200, 3936 E. Fort Lowell Rd. Tucson, AZ 85712-1083 | | W | | | | | | 844.79 |
| Account No. x-xxxx8514 | | | | Collection for T-Mobile | | | | |
| ER Solutions, Inc. 800 SW 39th St. PO Box 9004 Renton, WA 98057 | | W | | | | | | 199.04 |
| Account No. x-xxxx8519 | X | H | | Collection for Chase | | | | |
| ER Solutions, Inc. 800 SW 39th St. PO Box 9004 Renton, WA 98057 | | | | | | | | 574.01 |
| Account No. xx7014 | X | H | | Collection for Bell Distributors Ltd. | | | | |
| Ethan & Associates 800 N. Causeway 3rd Floor Mandeville, LA 70448 | | | | | | | | 1,784.80 |
| Account No. | | H | | | | | | |
| Express Auto Title Loans, Inc. c/o Blitt & Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090 | | | | | | | | 4,568.02 |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,970.66

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**
         **Wioletta Borecka-Kolcan**                                                        Case No. _____
_____ ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1205** <br><br> **Fieldstonmtg** <br> **11000 Broken Land Suite 600** <br> **Columbia, MD 21044** | | W | | Opened 12/21/05  Last Active  2/07/06 <br> Prior mortgage | | | | **Unknown** |
| Account No. **xxxxxx6124** <br><br> **Fifth Third Bank** <br> **PO Box 630900** <br> **Cincinnati, OH 45263-0900** | | J | | Overdrawn Account | | | | **302.90** |
| Account No. **xxxx3005** <br><br> **Financial Recovery Services, Inc.** <br> **PO Box 385908** <br> **Minneapolis, MN 55438-5908** | | H | | JPMorgan Chase Bank Overdrawn Account | | | | **1,442.35** |
| Account No. **xxxxxxxx9541** <br><br> **First Premier Bank** <br> **3820 N Louise Ave** <br> **Sioux Falls, SD 57107** | | W | | Opened  3/26/04 <br> Credit Card | | | | **249.00** |
| Account No. **xxxx-xxxx-xxxx-5023** <br><br> **Firstsource Advantage, LLC** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | H | | Collection for Capital One Bank | | | | **1,661.37** |

Sheet no. __11__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,655.62**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
**Wioletta Borecka-Kolcan**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx7456** <br><br> **Ford Cred** <br> **PO Box Box 542000** <br> **Omaha, NE 68154** | | J | | Opened 12/26/05  Last Active  8/24/09 <br> **Automobile Repo deficiency** | | | | 11,047.00 |
| Account No. **xxxx4968** <br><br> **Ford Cred** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | J | | Opened 11/12/04  Last Active 12/30/10 <br> **Automobile** | | | | 2,695.00 |
| Account No. **xxxxx7893** <br><br> **Franklin Collection Services, Inc.** <br> **PO Box 3910** <br> **Tupelo, MS 38803-3910** | X | W | | | | | | 885.23 |
| Account No. <br><br> **Gabriel Sim, DDS** <br> **C/o David W. Lipschutz, Esq.** <br> **2551 N. Clark St., Ste. 300** <br> **Chicago, IL 60614** | | W | | | | | | 3,308.88 |
| Account No. **xxxx-xx-23-43** <br><br> **Geico** <br> **One Geico Plaza** <br> **Bethesda, MD 20811-0001** | | J | | | | | | 402.59 |

Sheet no. __**12**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,338.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**                                              Case No. _____
        **Wioletta Borecka-Kolcan**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Generation 3 Media** <br> **PO Box 15668** <br> **Loves Park, IL 61132** | X | J | | | | | | 125.00 |
| Account No. <br><br> **Grazyna Hoffman** <br> **230 Inverrary Lane** <br> **Deerfield, IL 60015** | | H | | Personal Loan | | | | 1,000.00 |
| Account No. xxxxxx11-01 <br><br> **Greyston Recovery Group, Corp.** <br> **6150 N. Milwaukee Ave.** <br> **Chicago, IL 60646** | X | H | | Collection for H2O For You Plumbing, Inc. | | | | 3,203.11 |
| Account No. xxxx6476 <br><br> **Harris & Harris Ltd** <br> **222 Merchandise Mart Plz** <br> **Chicago, IL 60654** | | H | | Opened 11/23/11 <br> Collection Peoples Gas-North Shore | | | | 1,099.00 |
| Account No. <br><br> **Henryk Ruzyc** <br> **761 Kenmare Dr.** <br> **Des Plaines, IL 60016** | | H | | Personal Loan | | | | 35,000.00 |

| | | |
|---|---|---|
| Sheet no. __13__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 40,427.11 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**
     **Wioletta Borecka-Kolcan**                                           Case No. _____

                                               ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx3642**<br><br>**Hsbc/Ms**<br>**Po Box 3425**<br>**Buffalo, NY 14240** | | W | | | **Opened 12/21/05  Last Active  3/09/09 Mortgage** | | | | 87,629.00 |
| Account No. **xxxxxxxx & xxxx1406**<br><br>**I.C. System**<br>**444 Highway 96 East**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | | J | | | **Collection for Banfield Pet Hospital** | | | | 853.63 |
| Account No. **xxxxxxxx-xxx-xx3-CH5**<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164-0887** | | W | | | **Collection for JP Morgan Chase Bank, N.A.** | | | | 421.00 |
| Account No. **xxxxxxxx-xxx-xx3-JJC**<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164-0887** | X | H | | | **Collection for Chase** | | | | 1,379.02 |
| Account No. **xxxx7869**<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164-0887** | | W | | | **Bank of America Overdraft** | | | | 2,057.96 |

Sheet no. __**14**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal         **92,340.61**
                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**
        **Wioletta Borecka-Kolcan**                                    Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6130** <br><br> **Illinois Tollway** <br> **PO Box 5201** <br> **Lisle, IL 60532-5201** | | W | | | | | 213.50 |
| Account No. **xxxxxxx9317** <br><br> **Illinois Tollway** <br> **PO Box 5201** <br> **Lisle, IL 60532-5201** | | H | | | | | 83.40 |
| Account No. **xxxxxxx3326** <br><br> **Illinois Tollway** <br> **PO Box 5201** <br> **Lisle, IL 60532-5201** | | H | | | | | 424.80 |
| Account No. <br><br> **Informator Polonijny** <br> **4200 N. Milwuakee Ave.** <br> **Chicago, IL 60641** | | W | | | | | 700.00 |
| Account No. **xxxxx8954** <br><br> **Just Tires** <br> **Credit Center** <br> **PO Box 888** <br> **Akron, OH 44309-0888** | | W | | | | | 811.99 |

Sheet no. __**15**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,233.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
    **Wioletta Borecka-Kolcan**

Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lake Forest High School Little Scouts | | | | |
| **Lake Forest High School**<br>**300 S. Waukegan Rd.**<br>**Lake Forest, IL 60045** | | | J | | | | | 790.00 |
| Account No. | | | | | | | | |
| **Lake Forest School District 67**<br>**300 S. Waukegan Rd.**<br>**Lake Forest, IL 60045** | | | J | | | | | 1,060.00 |
| Account No. xxxxx0030 | | | | | | | | |
| **Lifetime Fitness**<br>**680 Woodlands Parkway**<br>**Vernon Hills, IL 60061** | | W | | | | | | 308.17 |
| Account No. xxxxxxx/xxx4CST | | | | Collection for Now Foods | | | | |
| **Lloyd & McDaniel**<br>**11405 Park Road**<br>**Suite 200, PO Box 23200**<br>**Louisville, KY 40223-0200** | X | H | | | | | | 1,521.16 |
| Account No. | | | | | | | | |
| **Lor Care Cosmetics**<br>**1674 McDonald Ave.**<br>**Brooklyn, NY 11230** | | H | | | | | | 1,269.93 |

Sheet no. __16__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,949.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
   **Wioletta Borecka-Kolcan**
_____,
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxxxxxxxxx5530** | | | Opened  4/08/11 Factoring Company Account Fnmb | | | | |
| **Lvnv Funding Llc** P.O. Box 740281 Houston, TX 77274 | H | | | | | | 1,421.00 |
| Account No. **xxxxx1324** | | | Collection for Northwestern Lake Forest Hospital | | | | |
| **Malcolm S. Gerald and Assoc., Inc.** 332 S. Michigan Ave. Ste. 600 Chicago, IL 60604 | H | | | | | | 14,319.20 |
| Account No. **xxxxxxxxxxxx8213** | | | Opened  3/01/12 01 City Of Lake Forest | | | | |
| **Mcsi, Inc.** P.O. Box 327 Palos Heights, IL 60463 | W | | | | | | 150.00 |
| Account No. **xxxx5653** | | | Collection for City of Lake Forest | | | | |
| **Mcsi, Inc.** P.O. Box 327 Palos Heights, IL 60463 | J | | | | | | 218.00 |
| Account No. **xxxxx3701** | | | | | | | |
| **MEGA Life and Health Ins. Co.** 9151 Boulevard 26 PO Box 982009 North Richland Hills, TX 76182-8009 | H | | | | | | 209.00 |

Sheet no. __17__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,317.20

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
        **Wioletta Borecka-Kolcan**                                           Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5987**<br><br>**Metropolitan Collection Agency**<br>**PO Box 18637**<br>**Rochester, NY 14618** | | J | **Collection for The Bannockburn Club dba Midtown Athletic Club** | | | | 650.00 |
| Account No. **xxxxx2001**<br><br>**Mid-West Nat'l Life Ins.Co. Tenn.**<br>**9151 Boulevard 26**<br>**PO Box 982017**<br>**North Richland Hills, TX 76182-8017** | | J | | | | | 739.00 |
| Account No. **xxxxx9201**<br><br>**Mid-West Nat'l Life Ins.Co. Tenn.**<br>**9151 Boulevard 26**<br>**PO Box 982017**<br>**North Richland Hills, TX 76182-8017** | | H | | | | | 224.00 |
| Account No. **xxxxx9101**<br><br>**Mid-West Nat'l Life Ins.Co. Tenn.**<br>**9151 Boulevard 26**<br>**PO Box 982017**<br>**North Richland Hills, TX 76182-8017** | | H | | | | | 74.00 |
| Account No. **xxxxx3801**<br><br>**Mid-West Nat'l Life Ins.Co. Tenn.**<br>**9151 Boulevard 26**<br>**PO Box 982017**<br>**North Richland Hills, TX 76182-8017** | | H | | | | | 263.00 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,950.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**
      **Wioletta Borecka-Kolcan**                                     Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3601** <br><br> **Mid-West Nat'l Life Ins.Co. Tenn.** <br> **9151 Boulevard 26** <br> **PO Box 982017** <br> **North Richland Hills, TX 76182-8017** | | H | | | | | 117.00 |
| Account No. **xxxxxx4915** <br><br> **Midland Credit Management** <br> **8875 Aero Drive** <br> **Suite 200** <br> **San Diego, CA 92123** | | H | Collection for Beneficial | | | | 16,293.17 |
| Account No. **xxx472-2** <br><br> **Music Center of Deerfield, Ltd.** <br> **811 Waukegan Rd.** <br> **Deerfield, IL 60015** | | J | Instrument rental | | | | 650.00 |
| Account No. <br><br> **Natural Awakenings Chicago North** <br> **PO Box 72** <br> **Highland Park, IL 60035** | X | W | | | | | 619.32 |
| Account No. **xxxxxxxxxxx3160** <br><br> **NCO Financial Systems Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | H | Collection for Comcast | | | | 429.30 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,108.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**
     **Wioletta Borecka-Kolcan**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-x141 8** <br><br> **Nicor Gas** <br> **PO Box 2020** <br> **Aurora, IL 60507-2020** | X | H | | | | | 668.88 |
| Account No. **xxxx578A** <br><br> **Northern Leasing Systems, Inc.** <br> **PO Box 7861** <br> **New York, NY 10116** | | W | Equipment Lease | | | | 380.82 |
| Account No. **xxx9379** <br><br> **NorthShore University Health System** <br> **Hospital Billing** <br> **23056 Network Place** <br> **Chicago, IL 60673-1230** | | W | | | | | 1,426.00 |
| Account No. **xxxxxxxxx2094** <br><br> **Northwestern Lake Forest Hospital** <br> **75 Remittance Dr.** <br> **Suite 1951** <br> **Chicago, IL 60675-1951** | | H | | | | | 1,779.00 |
| Account No. **x-xxxx9964** <br><br> **Northwestern Medical Faculty Found.** <br> **38693 Eagle Way** <br> **Chicago, IL 60678-1386** | | H | | | | | 2,387.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,641.70**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerzy Kolcan,**
     **Wioletta Borecka-Kolcan**
                                                     ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | For Notice Purposes | | | | |
| **O'Hare Aerospace Center, LLC c/o Cortne Anway/Apex Law Group 4731 N. Whipple St., Floor 1 Chicago, IL 60625** | X | H | | | | | X | 41,000.00 |
| Account No. | | | | | | | | |
| **Office Depot, Inc. PO Box 630813 Cincinnati, OH 45263-0813** | X | H | | | | | | 3,203.46 |
| Account No. xxxx4976 | | | | Collection for City of Waukegan | | | | |
| **Penn Credit 916 S. 14th Street PO Box 988 Harrisburg, PA 17108-0988** | | H | | | | | | 70.00 |
| Account No. xxxxxxxxxxx8696 | | | | | | | | |
| **Photo Enforcement Program City of Des Plaines 75 Remittance Dr., Ste. 6658 Chicago, IL 60675-6658** | | W | | | | | | 100.00 |
| Account No. xxxx7479 | | | | Collection for Citibank South Dakota Citibank Mastercard | | | | |
| **Plaza Associates 370 Seventh Avenue New York, NY 10001-3900** | | H | | | | | | 9,604.87 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,978.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**
         **Wioletta Borecka-Kolcan**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Polonia Magazine, LLC** <br> **2500 E. Devon Ave.** <br> **Ste. 345** <br> **Des Plaines, IL 60018** | X | W | | | | | 1,566.00 |
| Account No. **x5790** <br><br> **PRA Recovery** <br> **1045 Route 109** <br> **#105** <br> **Lindenhurst, NY 11757-1040** | X | W | Collection for Bringing Communities Together | | | | 700.00 |
| Account No. **xxxx0338** <br><br> **Professional Account Management** <br> **Collection Services Division** <br> **PO Box 391** <br> **Milwaukee, WI 53201-0391** | | J | Collection for TCF Bank | | | | 461.38 |
| Account No. <br><br> **Radio Station Billing Service** <br> **PO Box 5012** <br> **Skokie, IL 60076-5012** | X | W | | | | | 749.53 |
| Account No. **xxxx4843** <br><br> **Receivables Performance** <br> **20816 44th Ave W** <br> **Lynnwood, WA 98036** | | J | Opened 10/25/11 <br> Collection T-Mobile Usa | | | | 699.00 |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,175.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
　　　　**Wioletta Borecka-Kolcan**
　　　　――――――――――――――――――――――――――――――――――――――――,
　　　　　　　　　　　　　　　　　　　　　Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx5115** | | | H | Collection for Goodyear Tire & Rubber | | | | |
| **Regional Adjustment Bureau, Inc.** **PO Box 34111** **Memphis, TN 38184-0111** | | | | | | | | 1,031.17 |
| Account No. **xx-xxxxxx-0000** | X | | H | Collection for Veolia Environmental Svcs. | | | | |
| **RMS** **4836 Brecksville Rd.** **PO Box 523** **Richfield, OH 44286** | | | | | | | | 1,018.37 |
| Account No. | | | H | For Notice Purposes | | | X | |
| **Robin Realty & Management** **c/o Ordower & Ordower, P.C.** **One North LaSalle St., Ste. 1300** **Chicago, IL 60602** | | | | | | | | 16,175.43 |
| Account No. **xxxxxxxxxxxx7706** | | | W | | | | | |
| **Sam's Club** **PO Box 530942** **Atlanta, GA 30353-0942** | | | | | | | | 377.96 |
| Account No. | | | J | Judgment for Past Due Rent for prior rental | | | | |
| **Sarah & Simon Chung** **987 Oak Knoll Dr.** **Lake Forest, IL 60045** | | | | | | | | 16,243.80 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,846.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jerzy Kolcan,**
         **Wioletta Borecka-Kolcan**                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-0164** | | | | | | | | |
| **Sears Credit Cards** **PO Box 183082** **Columbus, OH 43218-3082** | | W | | | | | | 617.48 |
| Account No. **xxxx-xxxx-xxxx-7370** | | | | | | | | |
| **Sears Credit Cards** **PO Box 183081** **Columbus, OH 43218-3081** | | W | | | | | | 593.08 |
| Account No. | | | | **Business Loan for Ancient Healing** | | | | |
| **Simon Moor** **651 Garth Road** **Wheeling, IL 60090** | | W | | | | | | 18,000.00 |
| Account No. | | | | | | | | |
| **SM Media Group LLC** **3403 A N. Kennicott Ave** **Suite A** **Arlington Heights, IL 60004** | | W | | | | | | 240.00 |
| Account No. **xxxx2744** | | | | **Collection for US Cellular** | | | | |
| **Southwest Credit** **4120 International Pkwy** **Suite 1100** **Carrollton, TX 75007-1958** | X | W | | | | | | 421.64 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **19,872.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**                                                    Case No. _____
        **Wioletta Borecka-Kolcan**
                                                            ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6626** <br><br> **State's Attorney of Cook County** <br> **PO Box A3984** <br> **Chicago, IL 60690-3984** | X | W | | | | | 522.64 |
| Account No. **xxxx3885** <br><br> **State's Attorney of Cook County** <br> **PO Box A3984** <br> **Chicago, IL 60690-3984** | | W | | | | | 612.05 |
| Account No. **xxxx3546** <br><br> **Sunrise Credit Services, Inc.** <br> **PO Box 9100** <br> **Farmingdale, NY 11735-9100** | | W | Collection for T-Mobile | | | | 2,698.45 |
| Account No. **xxxxxxxxxxxx0565** <br><br> **The Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | W | | | | | 796.32 |
| Account No. <br><br> **Theralase, Inc.** <br> **29 Gervais Dr., Ste. 102** <br> **Toronto, Ontario, Canada M3C** <br> **M3C 1Y9** | X | W | Therapeutic Laser | | | | 15,000.00 |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         19,629.46

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerzy Kolcan,** Case No. _____
 **Wioletta Borecka-Kolcan**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx1452** | | | | Collection for Commonwealth Edison | | | | |
| **Torres Credit Services, Inc.** **27 Fairview Stret** **PO Box 189** **Carlisle, PA 17015-3121** | X | H | | | | | | 1,357.04 |
| Account No. **xxxx-xxxx-xxxx-4276** | | | | | | | | |
| **Total Card, Inc.** **5109 S. Broadband Lane** **Sioux Falls, SD 57108** | | H | | | | | | 414.51 |
| Account No. **xxxxx-xxxxxx1338** | | | | | | | | |
| **Transworld Systems Inc.** **1375 East Woodfield Rd.** **#110** **Schaumburg, IL 60173** | X | W | | | | | | 440.00 |
| Account No. **xx4028** | | | | Collection for Palko Distributing | | | | |
| **Transworld Systems Inc.** **PO Box 15630** **Dept 23** **Wilmington, DE 19850-5630** | X | H | | | | | | 2,483.33 |
| Account No. | | | | | | | | |
| **Tri-County Woman's Papers, Inc.** **c/o Edgerton & Edgerton** **125 Wood St., P.O. Box 218** **West Chicago, IL 60186-0218** | X | W | | | | | | 2,957.46 |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,652.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jerzy Kolcan,**
     **Wioletta Borecka-Kolcan**
Case No. _____

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5902**<br><br>**TRS Recovery Services, Inc.**<br>**5251 Westheimer Rd.**<br>**Houston, TX 77056** | | W | Collection for Dominick's | | | | 145.00 |
| Account No.<br><br>**Ukrainian Media Group, Inc.**<br>**3403 A N. Kennicott Ave.**<br>**Suite A**<br>**Arlington Heights, IL 60004** | | W | | | | | 240.00 |
| Account No.<br><br>**Unifund CCR Partners**<br>**c/o Blatt, Hasenmiller, Leibsker**<br>**125 S. Wacker Dr., Ste. 400**<br>**Chicago, IL 60606-4440** | | H | Collection Suit | | | | 7,205.41 |
| Account No. **xxxx4667**<br><br>**Van Ru Credit Corporation**<br>**1350 E. Touhy Ave., Ste. 100E**<br>**Des Plaines, IL 60018-3307** | | J | Collection for NorthShore Univ. Healthsystem Med Grp | | | | 420.50 |
| Account No.<br><br>**Vazha Bestayev**<br>**3108 N. Milwaukee Ave.**<br>**3E**<br>**Chicago, IL 60618** | | H | Personal Loan | | | | 8,000.00 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,010.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jerzy Kolcan,**
       **Wioletta Borecka-Kolcan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Victoria Dousko**<br>**27888 Forest Garden**<br>**Wauconda, IL 60084** | | H | **Business Loan for World Green Pharma** | | | | 7,000.00 |
| Account No. **xxxxx9618**<br><br>**Village of Lincolnshire**<br>**One Olde Half Day Road**<br>**Lincolnshire, IL 60069** | | W | | | | | 140.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __28__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 7,140.00 |
| | Total (Report on Summary of Schedules) | 791,852.60 |

B6G (Official Form 6G) (12/07)

.

In re    **Jerzy Kolcan,**                                                              Case No. _____
       **Wioletta Borecka-Kolcan**
_____ ,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Eugenia Kupferman**<br>**1645 S. River Rd.**<br>**Unit 12**<br>**Des Plaines, IL 60018** | **Office Lease** |
| **Music Center of Deerfield, Ltd.**<br>**811 Waukegan Rd.**<br>**Deerfield, IL 60015** | **Instrument rental** |
| **Northern Leasing Systems, Inc.**<br>**PO Box 7861**<br>**New York, NY 10116** | |
| **Radovan Kovocevic**<br>**1111 S. Waukegan Rd.**<br>**Unit 15**<br>**Lake Forest, IL 60045** | **Residential Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Jerzy Kolcan,**
       **Wioletta Borecka-Kolcan**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Theralase, Inc.**<br>**29 Gervais Dr., Ste. 102**<br>**Toronto, Ontario, Canada M3C**<br>**M3C 1Y9** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Tri-County Woman's Papers, Inc.**<br>**c/o Edgerton & Edgerton**<br>**125 Wood St., P.O. Box 218**<br>**West Chicago, IL 60186-0218** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Cartvertising**<br>**1445 Langham Creek Drive**<br>**Houston, TX 77084** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Southwest Credit**<br>**4120 International Pkwy**<br>**Suite 1100**<br>**Carrollton, TX 75007-1958** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Radio Station Billing Service**<br>**PO Box 5012**<br>**Skokie, IL 60076-5012** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Polonia Magazine, LLC**<br>**2500 E. Devon Ave.**<br>**Ste. 345**<br>**Des Plaines, IL 60018** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Transworld Systems Inc.**<br>**1375 East  Woodfield Rd.**<br>**#110**<br>**Schaumburg, IL 60173** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Citygrid Media**<br>**PO Box 2929**<br>**Camarillo, CA 93011-2929** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Coface Collections North America**<br>**PO Box 8510**<br>**Metairie, LA 70011-8510** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Central Newspaper**<br>**PO Box 1221**<br>**Elmhurst, IL 60126-1221** |

  **3**
____ continuation sheets attached to Schedule of Codebtors

In re   **Jerzy Kolcan,**                                Case No. _____

        **Wioletta Borecka-Kolcan**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **PRA Recovery**<br>**1045 Route 109**<br>**#105**<br>**Lindenhurst, NY 11757-1040** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Avenue Advertising**<br>**c/o Gilbert A. Moret, Esq.**<br>**5430 E. Beverly Blvd., Ste. 250**<br>**Los Angeles, CA 90022-2299** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Franklin Collection Services, Inc.**<br>**PO Box 3910**<br>**Tupelo, MS 38803-3910** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Natural Awakenings Chicago North**<br>**PO Box 72**<br>**Highland Park, IL 60035** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Don Mar Service Corp.**<br>**500 W. Palatine Rd.**<br>**Ste. 105**<br>**Wheeling, IL 60090-9964** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **State's Attorney of Cook County**<br>**PO Box A3984**<br>**Chicago, IL 60690-3984** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Certegy Payment Recovery Services**<br>**3500 5th St.**<br>**Northport, AL 35476** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **Commercial Check Control**<br>**7250 Beverly Blvd.**<br>**Ste. 200**<br>**Los Angeles, CA 90036-2560** |
| **Ancient Oriental Healing Med. Clini**<br>**987 Oak Knoll Dr.**<br>**Lake Forest, IL 60045** | **CrossCheck, Inc.**<br>**PO Box 6008**<br>**Petaluma, CA 94955-6008** |
| **Krysztof Wlostowski**<br>**4849 Scott St.**<br>**Ste. 7**<br>**Schiller Park, IL 60176** | **O'Hare Aerospace Center, LLC**<br>**c/o Cortne Anway/Apex Law Group**<br>**4731 N. Whipple St., Floor 1**<br>**Chicago, IL 60625** |
| **Lot 99 Ltd.** | **ER Solutions, Inc.**<br>**800 SW 39th St.**<br>**PO Box 9004**<br>**Renton, WA 98057** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Codebtors

In re   **Jerzy Kolcan,**                                          Case No. _____
    **Wioletta Borecka-Kolcan**

_____ ,
                     Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stars Factory, Inc.**<br>**4849 Scott St.**<br>**Ste. 7**<br>**Schiller Park, IL 60176** | **O'Hare Aerospace Center, LLC**<br>**c/o Cortne Anway/Apex Law Group**<br>**4731 N. Whipple St., Floor 1**<br>**Chicago, IL 60625** |
| **World Green Pharma & Oriental**<br>  **Dissolved entity, owned by Debtor** | **Office Depot, Inc.**<br>**PO Box 630813**<br>**Cincinnati, OH 45263-0813** |
| **World Green Pharma & Oriental** | **36.6°C**<br>**8841 McVicker Ave**<br>**Morton Grove, IL 60053** |
| **World Green Pharma & Oriental** | **Diversified Adjustment Service, Inc**<br>**600 Coon Rapids Blvd.**<br>**Coon Rapids, MN 55433** |
| **World Green Pharma & Oriental** | **Ethan & Associates**<br>**800 N. Causeway**<br>**3rd Floor**<br>**Mandeville, LA 70448** |
| **World Green Pharma & Oriental** | **Torres Credit Services, Inc.**<br>**27 Fairview Stret**<br>**PO Box 189**<br>**Carlisle, PA 17015-3121** |
| **World Green Pharma & Oriental** | **Brennan & Clark Ltd.**<br>**721 E. Madison**<br>**Suite 200**<br>**Villa Park, IL 60181** |
| **World Green Pharma & Oriental** | **Greyston Recovery Group, Corp.**<br>**6150 N. Milwaukee Ave.**<br>**Chicago, IL 60646** |
| **World Green Pharma & Oriental** | **Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** |
| **World Green Pharma & Oriental** | **Lloyd & McDaniel**<br>**11405 Park Road**<br>**Suite 200, PO Box 23200**<br>**Louisville, KY 40223-0200** |
| **World Green Pharma & Oriental** | **Transworld Systems Inc.**<br>**PO Box 15630**<br>**Dept 23**<br>**Wilmington, DE 19850-5630** |
| **World Green Pharma & Oriental** | **Generation 3 Media**<br>**PO Box 15668**<br>**Loves Park, IL 61132** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Jerzy Kolcan,**                                                            Case No. _____
     **Wioletta Borecka-Kolcan**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **World Green Pharma & Oriental** | **I.C. System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164-0887** |
| **World Green Pharma & Oriental** | **RMS**<br>**4836 Brecksville Rd.**<br>**PO Box 523**<br>**Richfield, OH 44286** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Jerzy Kolcan**
　　　**Wioletta Borecka-Kolcan**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**12**<br>**6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Purchasing Agent** | **Accupuncturist** |
| Name of Employer | **Universal HDD** | **Self Employed** |
| How long employed | **8 months** | **6 1/2 years** |
| Address of Employer | **1221 Flex Ct.**<br>**Lake Zurich, IL 60047** | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 3,900.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 3,900.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 3,900.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,900.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Wioletta's Business Expenses and Income

|  | August | September | October | November | December | January | February | March |
|---|---|---|---|---|---|---|---|---|
| Wioletta's Gross Income | 6938.77 | 6619.16 | 5943.58 | 6062.79 | 5504 | 7355 | 4372.79 | 7636 |
| | | | | | | | | |
| **Business Expenses** | | | | | | | | |
| Advertising | 296.33 | 296.33 | 296.33 | 296.33 | 476.33 | 296.33 | 296.33 | 296.33 |
| Credit Cards Fees | 136.92 | 185.75 | 195.75 | 155.5 | 180.7 | 185.01 | 140.01 | 190.05 |
| CC Terminal Lease | 36.95 | 36.95 | 36.95 | 36.95 | 36.95 | 36.95 | 36.95 | 36.95 |
| Laser Lease | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Bank Fees | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Annual License Fee | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 0 |
| Rent | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 |
| Accounting Fee | 0 | 0 | 0 | 0 | 0 | 0 | 175 | 0 |
| Insurance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Postage | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Phone | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Fuel | 500 | 300 | 500 | 400 | 500 | 500 | 500 | 500 |
| Office Supply, Equipment | 770 | 300 | 300 | 200 | 400 | 300 | 500 | 500 |
| Utilities | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Educational & Seminars | 0 | 0 | 150 | 0 | 0 | 150 | 0 | 0 |
| **Total:** | **3850.2** | **3229.03** | **3589.03** | **3198.78** | **3703.98** | **3578.29** | **4508.29** | **3633.33** |
| | | | | | | | | |
| Net Income: | 3088.57 | 3390.13 | 2354.55 | 2864.01 | 1800.02 | 3776.71 | -135.5 | 4002.67 |

B6J (Official Form 6J) (12/07)

In re    **Jerzy Kolcan**
**Wioletta Borecka-Kolcan**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| a. Are real estate taxes included?          Yes ___          No  **X** | | |
| b. Is property insurance included?          Yes ___          No  **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 240.00 |
|                        b. Water and sewer | $ | 0.00 |
|                        c. Telephone | $ | 100.00 |
|                        d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 240.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 35.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                        a. Homeowner's or renter's | $ | 0.00 |
|                        b. Life | $ | 0.00 |
|                        c. Health | $ | 0.00 |
|                        d. Auto | $ | 110.00 |
|                        e. Other  **Pet Insurance** _____ | $ | 120.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|          (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                        a. Auto | $ | 1,172.00 |
|                        b. Other _____ | $ | 0.00 |
|                        c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Child Care** _____ | $ | 250.00 |
|          Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,767.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.     Average monthly income from Line 15 of Schedule I | $ | 3,900.00 |
| b.     Average monthly expenses from Line 18 above | $ | 4,767.00 |
| c.     Monthly net income (a. minus b.) | $ | -867.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jerzy Kolcan**
**Wioletta Borecka-Kolcan**                        Case No. _____
                               Debtor(s)      Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **46**   
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 29, 2013**              Signature    **/s/ Jerzy Kolcan**
                                       **Jerzy Kolcan**
                                       Debtor

Date   **April 29, 2013**              Signature    **/s/ Wioletta Borecka-Kolcan**
                                       **Wioletta Borecka-Kolcan**
                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    __Jerzy Kolcan__
         __Wioletta Borecka-Kolcan__                                    Case No. _____
                                                    Debtor(s)           Chapter      __7__

## STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for
both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole
proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such
activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the
name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11
U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete
Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer
to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in
business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of
the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business"
for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the
debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives;
corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and
their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

#### 1. Income from employment or operation of business

None
☐         State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
          business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
          year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
          calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
          report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
          each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
          petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT            SOURCE
          **$14,787.00**        **2011 Joint Income**

          **$23,966.00**        **2012 Joint Income**

          **$0.00**             **2013 Income To Date**

---

#### 2. Income other than from employment or operation of business

None
■         State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
          during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
          each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
          petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT            SOURCE

---

### 3. Payments to creditors

None ☐

*Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **2001 Boutique and Sales**<br>**2301 Oakton St.**<br>**Arlington Heights, IL 60005** | **$400/mo x 3 mo.** | **$1,200.00** | **$3,514.30** |
| **Credit Acceptance**<br>**Po Box 513**<br>**Southfield, MI 48037** | **$376/mo x 3 mo** | **$1,128.00** | **$16,621.00** |

None ■

    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Adam Jordan DDS v. Kolcan**<br>**Case No. 11 SC 4695** | **Collection** | **Lake County Circuit Court**<br>**Waukegan, IL** | **Judgment entered. Citation issued.** |
| **Tri-County Woman's Papers, Inc. v. Kolcan**<br>**Case No. 11 M3 4571** | **Collection** | **Cook County Circuit Court**<br>**Rolling Meadows, IL** | **Judgment entered. Citation issued.** |
| **Theralease, Inc. v. Kolcan, et al.**<br>**Case No. 11 AR 1576** | **Breach of Contract** | **Lake County Circuit Court**<br>**Waukegan, IL** | **Judgment/Set tlement** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gabriel Sim, D.D.S., Ltd. v. Kolcan** **Case No. 12 SC 1412** | **Collection** | **Lake County Circuit Court Waukegan, IL** | **Judgment entered** |
| **O'Hare Aerospace Center, LLC v. Jerzy Kolcan, et al.** **Case No. 11 M1 174798** | **Breach of Lease** | **Cook County Circuit Court Chicago, IL** | **Judgment entered April 2012** |
| **Express Auto Title Loans, Inc. v. Jerzy Kolcan** **Case No. 12 SC 5678** | **Breach of Loan** | **Lake County Circuit Court Waukegan, IL** | **Filed October 2012** |
| **Jerzy Kolcan v. Universal HDD** **12 WC 34428** | **Worker's Comp claim** | **Illinois Worker's Compensation Commission** | **Filed October 4, 2012** |
| **People of Illinois, Village of Lincolnshire v. Wioletta Kolcan** **Case No. 12TR99618** | **Traffic Violation** | **Circuit Court of Lake County, IL Mundelein, IL** | **Notice of Failure to Pay Fines issued 10/11/12** |
| **Kovacevic v. Kolcan** **12 LM 2619** | **Eviction** | **Lake County Circuit Court Waukegan, IL** | **Settled** |
| **Unifund CCR Partners v. Kolcan** **13 SC 1836** | **Credit Card Collection** | **Lake County Circuit Court Waukegan, IL** | **Filed March 2013** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                        4

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pirogovsky Fremderman, Ltd.**<br>**3000 Dundee Road**<br>**Suite 318**<br>**Northbrook, IL 60062** | **June 2012, February 2013** | **$1,406.00 (includes filing fee)** |

**10. Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US Bank** | **Checking Account xxxx3713 Overdrawn <-676.79.** | **May 25, 2012** |
| **US Bank** | **Savings xxxx7369 $25.00** | **May 25, 2012** |
| **US Bank** | **Savings xxxx7371 $25.00** | **May 25, 2012** |
| **Fifth Third Bank** | **Checking xxxx9771 Overdrawn <-$1,999.63>** | **April 10, 2012** |
| **Fifth Third Bank** | **Savings xxxx9763 Overdrawn <-$194.00>** | **April 10, 2012** |
| **Bank of America** | **Acct. No. xxxx7869** | |
| **PNC** | **Acct. No. xxxx5172** | |
| **TCF Bank** | **Acct. No. xxxx0764** | |
| **Chase Bank** | **Acct. No. xxxx8420** | |
| **CitiBank** | **Acct. No. xxxx7498** | |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                6

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **987 Oak Knoll Dr.**<br>**Lake Forest, IL** | | **April 2009 - September 2011** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    7

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lot 99 Ltd.** | | **1759 Rosemary Rd. Highland Park, IL 60035** | **N/A - Never active** | **2007-2010** |
| **Ancient Healing Oriengal Medicine Clinic** | 26-2781697 | **1645 S. River Road Unit 12 Des Plaines, IL 60018** | **Accupuncture Clinic** | **2008-2011** |
| **World Green Pharma Corporation** | | **987 Oak Knoll Dr. Lake Forest, IL 60045** | **Green Pharmacy** | **2010-2011** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Richman Tax Solutions**                                     **Prepares Tax Returns**
**5908 N. Ckark St.**
**Chicago, IL 60660**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)                                                                                                                8

| NAME | ADDRESS |
|------|---------|

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

### 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------|

None   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

---

### 22 . Former partners, officers, directors and shareholders

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■      commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■      immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
       commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                         10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **April 29, 2013**                       Signature **/s/ Jerzy Kolcan**
                                                        **Jerzy Kolcan**
                                                        Debtor


Date **April 29, 2013**                       Signature **/s/ Wioletta Borecka-Kolcan**
                                                        **Wioletta Borecka-Kolcan**
                                                        Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jerzy Kolcan
Wioletta Borecka-Kolcan**            Case No.

                                          Debtor(s)      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**2001 Boutique and Sales** | **Describe Property Securing Debt:**<br>**2000 Lincoln Navigator, 120000 miles** |

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**2001 Boutique and Sales** | **Describe Property Securing Debt:**<br>**2006 Chevrolet Monte Carlo**<br>**120,000 miles** |

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Credit Acceptance** | **Describe Property Securing Debt:**<br>**2004 Lincoln Town Car, 73,000 miles** |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES       ☐  NO |

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**April 29, 2013**__                    Signature  __**/s/ Jerzy Kolcan**__
                                                          __**Jerzy Kolcan**__
                                                          Debtor

Date  __**April 29, 2013**__                    Signature  __**/s/ Wioletta Borecka-Kolcan**__
                                                          __**Wioletta Borecka-Kolcan**__
                                                          Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jerzy Kolcan**
**Wioletta Borecka-Kolcan**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................................... $ _____ **1,406.00**

    Prior to the filing of this statement I have received .......................................... $ _____ **1,406.00**

    Balance Due ......................................................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 29, 2013**

**/s/ Alex Pirogovsky**
**Alex Pirogovsky 6256978**
**Pirogovsky Fremderman, Ltd.**
**3000 Dundee Road**
**Suite 318**
**Northbrook, IL 60062**
**(847) 465-9800  Fax: (847) 580-4951**
**alex@pflaw1.com**

PIROGOVSKY FREMDERMAN, LTD.
3000 DUNDEE ROAD
SUITE 318
NORTHBROOK, IL 60062
847.465.9800
attorneys@pflaw1.com

ALEX PIROGOVSKY
DIRECT 847.849.1349
FAX 847.580.4951
alex@pflaw1.com

ALEKSANDRA E. FREMDERMAN
DIRECT 847.791.7357
FAX 847.239.7445
aleksandra@pflaw1.com

May 12, 2012

*Via Electronic Mail*
kajmanek@msn.com

Jerzy & Wioletta Kolcan
1111 S. Waukegan Rd., Apt. 15
Lake Forest, IL  60045

### RE:   Engagement Agreement

Dear Mr. & Mrs. Kolcan:

Thank you for the opportunity to represent you in connection with your bankruptcy matter. This letter will serve as my initial retention letter. It confirms the basic terms of Pirogovsky Fremderman, Ltd.'s ("PFLaw's") professional relationship with you.

### Legal Services

Pirogovsky Fremderman, Ltd. ("PFLaw"), through me, will perform legal services in connection with your Chapter 7 bankruptcy filing. The legal services will include all aspects of the bankruptcy case under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case") EXCEPT representation in connection with any adversary proceedings that may be brought against you, which will not be provided hereunder. In the event that an adversary proceeding is brought against you, you will need to retain me, or other counsel, separately to represent you in connection with such adversary proceeding.

### Advance Payment Retainer

In exchange for the above, concurrently with the execution of this letter, you will make a payment to me of $1,100.00 for legal fees and related out-of-pocket expenses, plus $306.00 for the Chapter 7 filing fee, for a total of $1,406.00. This payment will be an advance payment retainer ("Advance Retainer"). The Advance Retainer will cover all services and expenses related to your Chapter 7 case except as provided in the Legal Services section above. The Advance Retainer will be deposited in PFLaw's operating account, not in the firm's client trust account, and will be property of PFLaw upon receipt. In the event that you terminate my services prior to the filing of the Chapter 7 case, the unused portion of the Advance Retainer, if any, will be returned to you.

Jerzy & Wioletta Kolcan
May 12, 2012
Page Two

An advance payment retainer consists of a present payment to a lawyer in exchange for the commitment to provide legal services in the future. Ownership of the retainer passes to the lawyer immediately upon payment. The lawyer deposits the retainer into his or her general account rather than into a trust account. Two other types of retainers are recognized in Illinois. Unlike the advance payment retainer, a general retainer is paid by a client to a lawyer to secure the lawyer's availability during a specified time period or for a specified matter. This type of retainer is earned when paid and immediately becomes property of the lawyer, regardless of whether the lawyer ever actually performs any services for the client. Under a security retainer, the funds paid to the lawyer are not present payment for future services; rather, the retainer remains property of the client until the lawyer applies it to charges that are actually rendered. Any unearned funds are refunded to the client. The purpose of a security retainer is to secure payment of fees for future services that the lawyer is expected to perform. The Illinois Rules of Professional Conduct require that a security retainer be deposited in a trust account and kept separate from the lawyer's own property.

As a prospective client of PFLaw you have the option to direct that the $1,406.00 retainer which PFLaw is requesting be treated as a security retainer. The choice between a security retainer and an advance payment retainer is yours alone. Please be advised, however, that funds paid as a security retainer are subject to the claims of your creditors. Because of your current financial position, I believe there is a significant risk that one or more of your creditors could assert a claim to a security retainer if you were to pay PFLaw such a retainer. The firm is unwilling to accept such a risk and is, therefore, unwilling to represent you if you choose to treat the $1,406.00 retainer which I have requested as a security retainer.

If the foregoing arrangement is acceptable to you, please indicate so by signing and returning a copy of this letter to me with payment of at least $400.00. The balance of the $1,406.00 must be paid prior to our filing of the Chapter 7 case.

If you have any questions, please do not hesitate to contact me.

Yours very truly,

Alex Pirogovsky
AP/tp

Terms acknowledged and accepted:

_Jerzy Kolcan_              _Wioletta Kolcan_              05.12.2012
Jerzy Kolcan               Wioletta Kolcan               Date

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re     **Jerzy Kolcan**
        **Wioletta Borecka-Kolcan**                           Case No. _____

                                    Debtor(s)           Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Jerzy Kolcan** | | |
| **Wioletta Borecka-Kolcan** | X   **/s/ Jerzy Kolcan** | **April 29, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X   **/s/ Wioletta Borecka-Kolcan** | **April 29, 2013** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jerzy Kolcan**
      **Wioletta Borecka-Kolcan**                  Case No. _____

                           Debtor(s)       Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **155**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 29, 2013** _____      **/s/ Jerzy Kolcan** _____
                                          **Jerzy Kolcan**
                                          Signature of Debtor

Date:   **April 29, 2013** _____      **/s/ Wioletta Borecka-Kolcan** _____
                                          **Wioletta Borecka-Kolcan**
                                          Signature of Debtor

2001 Boutique and Sales
2301 Oakton St.
Arlington Heights, IL 60005


36.6°C
8841 McVicker Ave
Morton Grove, IL 60053


Account Recovery Service
3031 N 114th St
Milwaukee, WI 53222


Adam Jordan DDS
c/o Leonard Abrams, Esq.
180 W. Washington St., Ste. 910
Chicago, IL 60602


Allied Interstate LLC
PO Box 4000
Warrenton, VA 20188


American Accounts & Advisers, Inc.
7460 80th St. S.
Cottage Grove, MN 55016


Ancient Oriental Healing Med. Clini
987 Oak Knoll Dr.
Lake Forest, IL 60045


Anna Maria Stobienia-Furman
805 Woodlawn St.
Hoffman Estates, IL 60168


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza
Ste. 1932
Chicago, IL 60654


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654

Arnold Scott Harris, P.C.
111 W. Jackson Blvd.
Ste. 600
Chicago, IL 60604


Asset Acceptance Llc
P.O. Box 1630
Warren, MI 48090


Asset Acceptance Llc
P.O Box 1630
Warren, MI 48090


Avante
2950 S Gessner Suite 265
Houston, TX 77063


Avenue Advertising
c/o Gilbert A. Moret, Esq.
5430 E. Beverly Blvd., Ste. 250
Los Angeles, CA 90022-2299


Bally Total Fitness
12440 East Imperial Hwy
Ste. 300
Norwalk, CA 90650


Behavioral Services Center
8707 Skokie Blvd.
Suite 207
Skokie, IL 60077


Blatt, Hasenmiller, Leibsker, Moore
125 S. Wacker Dr.
Ste. 400
Chicago, IL 60606-4440


Brennan & Clark Ltd.
721 E. Madison
Suite 200
Villa Park, IL 60181


C2C Resources, LLC
56 Premier Center East
Atlanta, GA 30346

Cap One
P.O Box 85520
Richmond, VA 23285


Capital Management Services, LP
726 Exchange St.
Ste. 700
Buffalo, NY 14210


Cartvertising
1445 Langham Creek Drive
Houston, TX 77084


CBCS
PO Box 163250
Columbus, OH 43216-3250


Cci
P.O. Box 212609 Suite 110
Augusta, GA 30917


Central Newspaper
PO Box 1221
Elmhurst, IL 60126-1221


Certegy Payment Recovery Services
3500 5th St.
Northport, AL 35476


Certified Service
1733 Washington St.
Ste. 201
Waukegan, IL 60079


Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127


Chase-Bp
P.O. Box 15298
Wilmington, DE 19850


Citgo/Cbna
P.O. Box 6497
Sioux Falls, SD 57117

Citi Cards / Shell
Processing Center
Des Moines, IA 50363

Citi-Bp Oil
P.O. Box 6497
Sioux Falls, SD 57117

Citygrid Media
PO Box 2929
Camarillo, CA 93011-2929

Coface Collections North America
PO Box 8510
Metairie, LA 70011-8510

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commercial Check Control
7250 Beverly Blvd.
Ste. 200
Los Angeles, CA 90036-2560

Consolidated Path Consultants
75 Remittance Dr.
Ste. 1895
Chicago, IL 60675-1895

Costco Wholesale
25901 Riverwoods Rd.
Mettawa, IL 60045

Cpu/Cbna
P.O. Box 6497
Sioux Falls, SD 57117

Credit Acceptance
Po Box 513
Southfield, MI 48037

Credit Collection Services
Two Wells Avenue
Newton, MA 02459

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007-1912


Credmgmtcntl
2707 Rapids Dr Pob 4030
Racine, WI 53404


CrossCheck, Inc.
PO Box 6008
Petaluma, CA 94955-6008


D. Daxton White, Esq.
The White Law Group, LLC
2865 N. Clybourn Ave., Unit 1
Chicago, IL 60618


Danuta Malus


Dex One
Client Care
1615 Bluff City Highway
Bristol, TN 37620


Diversified Adjustment Service, Inc
600 Coon Rapids Blvd.
Coon Rapids, MN 55433


Diversified Services Group
1824 W. Grand Ave.
Ste. 200
Chicago, IL 60622


DM Luxury
Pucin, Friedland & Lestak, P.C.
21210 Erwin St., Ste. A
Woodland Hills, CA 91367


Don Mar Service Corp.
500 W. Palatine Rd.
Ste. 105
Wheeling, IL 60090-9964

Drs. G. Frank & M. Milejczyk
15 Tower Ct.
Ste. 255
Gurnee, IL 60031-3336


eCast Settlement Corp
c/o Bass & Associates
Suite 200, 3936 E. Fort Lowell Rd.
Tucson, AZ 85712-1083


ER Solutions, Inc.
800 SW 39th St.
PO Box 9004
Renton, WA 98057


Ethan & Associates
800 N. Causeway
3rd Floor
Mandeville, LA 70448


Eugenia Kupferman
1645 S. River Rd.
Unit 12
Des Plaines, IL 60018


Express Auto Title Loans, Inc.
c/o Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Fieldstonmtg
11000 Broken Land Suite 600
Columbia, MD 21044


Fifth Third Bank
PO Box 630900
Cincinnati, OH 45263-0900


Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908


First National Collection Bureau
610 Waltham Way
Sparks, NV 89434

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Ford Cred
PO Box Box 542000
Omaha, NE 68154


Ford Credit
PO Box 6508
Mesa, AZ 85216-6508


Franklin Collection Services, Inc.
PO Box 3910
Tupelo, MS 38803-3910


Freedman Anselmo Lindberg LLC
PO Box 3228
Naperville, IL 60566-7228


Gabriel Sim, DDS
C/o David W. Lipschutz, Esq.
2551 N. Clark St., Ste. 300
Chicago, IL 60614


Geico
One Geico Plaza
Bethesda, MD 20811-0001


Generation 3 Media
PO Box 15668
Loves Park, IL 61132


Grazyna Hoffman
230 Inverrary Lane
Deerfield, IL 60015


Greyston Recovery Group, Corp.
6150 N. Milwaukee Ave.
Chicago, IL 60646

Harris & Harris Ltd
222 Merchandise Mart Plz
Chicago, IL 60654


Henryk Ruzyc
761 Kenmare Dr.
Des Plaines, IL 60016


Hsbc/Ms
Po Box 3425
Buffalo, NY 14240


I.C. System
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164


I.C. System, Inc.
444 Highway 96 East
PO Box 64887
Saint Paul, MN 55164-0887


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Informator Polonijny
4200 N. Milwuakee Ave.
Chicago, IL 60641


Just Tires
Credit Center
PO Box 888
Akron, OH 44309-0888


Krysztof Wlostowski
4849 Scott St.
Ste. 7
Schiller Park, IL 60176


Lake Forest High School
300 S. Waukegan Rd.
Lake Forest, IL 60045

Lake Forest School District 67
300 S. Waukegan Rd.
Lake Forest, IL 60045


Leading Edge Recovery Solutions
5440 N. Cumberland Ave.
Ste. 300
Chicago, IL 60656-1490


Lifetime Fitness
680 Woodlands Parkway
Vernon Hills, IL 60061


Lloyd & McDaniel
11405 Park Road
Suite 200, PO Box 23200
Louisville, KY 40223-0200


Lor Care Cosmetics
1674 McDonald Ave.
Brooklyn, NY 11230


Lot 99 Ltd.


Lvnv Funding Llc
P.O. Box 740281
Houston, TX 77274


Malcolm S. Gerald and Assoc., Inc.
332 S. Michigan Ave.
Ste. 600
Chicago, IL 60604


Mcsi, Inc.
P.O. Box 327
Palos Heights, IL 60463


MEGA Life and Health Ins. Co.
9151 Boulevard 26
PO Box 982009
North Richland Hills, TX 76182-8009

Metropolitan Collection Agency
PO Box 18637
Rochester, NY 14618


Mid-West Nat'l Life Ins.Co. Tenn.
9151 Boulevard 26
PO Box 982017
North Richland Hills, TX 76182-8017


Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123


Miramed Revenue Group
Dept. 77304
PO Box 77000
Detroit, MI 48277-0304


Music Center of Deerfield, Ltd.
811 Waukegan Rd.
Deerfield, IL 60015


Natural Awakenings Chicago North
PO Box 72
Highland Park, IL 60035


NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044


NCOFIN/980
600 Holiday Plaza
Ste. 300
Matteson, IL 60443


Nicor Gas
PO Box 2020
Aurora, IL 60507-2020


Northern Leasing Systems, Inc.
PO Box 7861
New York, NY 10116

NorthShore University Health System
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230


Northwest Collectors
3601 Algonquin Rd.
Ste. 23
Rolling Meadows, IL 60008


Northwestern Lake Forest Hospital
75 Remittance Dr.
Suite 1951
Chicago, IL 60675-1951


Northwestern Lake Forest Hospital
75 Remittance Drive
Suite 6802
Chicago, IL 60675-6802


Northwestern Medical Faculty Found.
38693 Eagle Way
Chicago, IL 60678-1386


O'Hare Aerospace Center, LLC
c/o Cortne Anway/Apex Law Group
4731 N. Whipple St., Floor 1
Chicago, IL 60625


Office Depot, Inc.
PO Box 630813
Cincinnati, OH 45263-0813


Penn Credit
916 S. 14th Street
PO Box 988
Harrisburg, PA 17108-0988


Photo Enforcement Program
City of Des Plaines
75 Remittance Dr., Ste. 6658
Chicago, IL 60675-6658


Plaza Associates
370 Seventh Avenue
New York, NY 10001-3900

Polonia Magazine, LLC
2500 E. Devon Ave.
Ste. 345
Des Plaines, IL 60018


PRA Recovery
1045 Route 109
#105
Lindenhurst, NY 11757-1040


Professional Account Management
Collection Services Division
PO Box 391
Milwaukee, WI 53201-0391


RAB, Inc.
7000 Goodlett Farms Pkwy
Ste. 501, PO Box 34111
Memphis, TN 38016


Radio Station Billing Service
PO Box 5012
Skokie, IL 60076-5012


Radovan Kovocevic
1111 S. Waukegan Rd.
Unit 15
Lake Forest, IL 60045


Receivables Performance
20816 44th Ave W
Lynnwood, WA 98036


Regional Adjustment Bureau, Inc.
PO Box 34111
Memphis, TN 38184-0111


Resurgent Capital Services
15 S. Main St.
Ste. 600
Greenville, SC 29601


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079

RMS
4836 Brecksville Rd.
PO Box 523
Richfield, OH 44286


Robert Michael Rothstein, Esq.
36 W. Randolph St.
Ste. 800
Chicago, IL 60601


Robin Realty & Management
c/o Ordower & Ordower, P.C.
One North LaSalle St., Ste. 1300
Chicago, IL 60602


Sam's Club
PO Box 530942
Atlanta, GA 30353-0942


Sarah & Simon Chung
987 Oak Knoll Dr.
Lake Forest, IL 60045


Sears Credit Cards
PO Box 183082
Columbus, OH 43218-3082


Sears Credit Cards
PO Box 183081
Columbus, OH 43218-3081


Simon Moor
651 Garth Road
Wheeling, IL 60090


SM Media Group LLC
3403 A N. Kennicott Ave
Suite A
Arlington Heights, IL 60004


Southwest Credit
4120 International Pkwy
Suite 1100
Carrollton, TX 75007-1958

Stars Factory, Inc.
4849 Scott St.
Ste. 7
Schiller Park, IL 60176


State's Attorney of Cook County
PO Box A3984
Chicago, IL 60690-3984


Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY 11735-9100


The CBE Group, Inc.
1309 Technology Pkwy
Cedar Falls, IA 50613


The Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500


Theralase, Inc.
29 Gervais Dr., Ste. 102
Toronto, Ontario, Canada M3C
M3C 1Y9


Tiburon Financial, L.L.C.
PO Box 770
Boystown, NE 68010-0770


Torres Credit Services, Inc.
27 Fairview Stret
PO Box 189
Carlisle, PA 17015-3121


Total Card, Inc.
5109 S. Broadband Lane
Sioux Falls, SD 57108


Traffic Compliance Administrator
City of Lake Forest
255 W. Deerpath Rd.
Lake Forest, IL 60045

Transworld Systems Inc.
1375 East  Woodfield Rd.
#110
Schaumburg, IL 60173


Transworld Systems Inc.
PO Box 15630
Dept 23
Wilmington, DE 19850-5630


Tri-County Woman's Papers, Inc.
c/o Edgerton & Edgerton
125 Wood St., P.O. Box 218
West Chicago, IL 60186-0218


TRS Recovery Services, Inc.
5251 Westheimer Rd.
Houston, TX 77056


Ukrainian Media Group, Inc.
3403 A N. Kennicott Ave.
Suite A
Arlington Heights, IL 60004


Unifund CCR Partners
c/o Blatt, Hasenmiller, Leibsker
125 S. Wacker Dr., Ste. 400
Chicago, IL 60606-4440


US Cellular
Dept 0203
Des Plaines, IL 60055-0203


Van Ru Credit Corporation
1350 E. Touhy Ave., Ste. 100E
Des Plaines, IL 60018-3307


Vazha Bestayev
3108 N. Milwaukee Ave.
3E
Chicago, IL 60618


Victoria Dousko
27888 Forest Garden
Wauconda, IL 60084

Village of Lincolnshire
One Olde Half Day Road
Lincolnshire, IL 60069

World Green Pharma & Oriental